```
 1  PHILIP A. MCLEOD, CASB 101101
    NATHAN JASKOWIAK, CASB 248007
 2  KEESAL, YOUNG & LOGAN
    450 Pacific Avenue
 3  San Francisco, California 94133
    Telephone:   (415)398-6000
 4  Facsimile:   (415)981-0136
    -and-
 5  GREGORY M. SUDBURY
    Admitted Pro Hac
 6  KODIE P. BENNION
    Admitted Pro Hac
 7  QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C.
 8  2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
 9  Telephone:   (214) 880-1878
    Facsimile:   (214) 871-2111
10
    ATTORNEYS FOR PLAINTIFF
11  JPMORGAN CHASE BANK, N.A.

12  JONATHAN M. JENKINS, CASB 193011
    LARA T. KAYAYAN, CASB 239384
13  JENKINS KAYAYAN LLP
    444 S. Flower Street, Suite 1530
14  Los Angeles, CA 90071
    Telephone: (310) 984-6800
15  Facsimile: (310) 984-6840

16  ATTORNEYS FOR DEFENDANT
    SIERRA PACIFIC MORTGAGE COMPANY, INC.
17
```

**FILED**

JUN 29 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:13-CV-01397-JAM-KJN |
| Plaintiff, | The Hon. John A. Mendez |
| | Robert T. Matsui Courthouse |
| vs. | **SECOND AMENDED STATUS (PRE-TRIAL SCHEDULING) ORDER** |
| SIERRA PACIFIC MORTGAGE COMPANY, INC., | |
| Defendant. | |

PROPOSED SECOND AMENDED STATUS (PRE-TRIAL SCHEDULING) ORDER
Case No. 2:13-CV-01397-JAM-KJN

KYL_SF684527

After consideration of the Parties' Stipulation Regarding the Continuance of Expert Disclosure Deadlines, it is hereby ORDERED that deadlines contained in the AMENDED STATUS (Pre-trial Scheduling) ORDER (Dkt. No. 44) for expert disclosures are amended as follows:

### DISCLOSURE OF EXPERT WITNESSES

The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **July 24, 2015**. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by **August 7, 2015**.

It is hereby ORDERED that all other orders, deadlines or requirements set out in the AMENDED STATUS (Pre-trial Scheduling) ORDER (Dkt. No. 44) remain in force.

IT IS SO ORDERED

DATED: June 29, 2015

JOHN A. MENDEZ
United States District Court Judge