1  PHILIP A. MCLEOD, CASB 101101
   NATHAN JASKOWIAK, CASB 248007
2  KEESAL, YOUNG & LOGAN
   450 Pacific Avenue
3  San Francisco, California 94133
   Telephone: (415)398-6000
4  Facsimile: (415)981-0136
   -and-
5  GREGORY M. SUDBURY
   *Admitted Pro Hac*
6  KODIE P. BENNION
   *Admitted Pro Hac*
7  QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
8  2001 Bryan Street, Suite 1800
   Dallas, Texas 75201
9  Telephone: (214) 880-1878
   Facsimile: (214) 871-2111
10 ATTORNEYS FOR PLAINTIFF
   JPMORGAN CHASE BANK, N.A.
11

12 JONATHAN M. JENKINS, CASB 193011
   LARA T. KAYAYAN, CASB 239384
13 JENKINS KAYAYAN LLP
   444 S. Flower Street, Suite 1530
14 Los Angeles, CA 90071
   Telephone: (310) 984-6800
15 Facsimile: (310-984-6840
   ATTORNEYS FOR DEFENDANT
16 SIERRA PACIFIC MORTGAGE COMPANY, INC.

17                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
18

19

20  JPMORGAN CHASE BANK, N.A.,              No.  2:13-CV-01397-JAM-KJN

              Plaintiff,                    **The Hon. Kendall J. Newman**
21                                          **Robert T. Matsui Courthouse**
        v.
22
    SIERRA PACIFIC MORTGAGE                 ~~PROPOSED~~ ORDER GRANTING
23  COMPANY, INC.,                          STIPULATION REGARDING
                                            DEFENDANT'S THIRD-PARTY
24            Defendant.                    SUBPOENAS AND PLAINTIFF'S
                                            MOTION TO QUASH SUBPOENAS TO
25                                          THIRD-PARTIES AND MOTION FOR
                                            PROTECTIVE ORDER
26

27

28
                                        1
        PROPOSED ORDER GRANTING STIPULATION– CASE NO. 2:13-CV-01397-JAM-KJN

After consideration of the Parties' Stipulation Regarding Defendant's Third-Party Subpoenas and Plaintiff's Motion to Quash Subpoenas to Third-Parties and Motion for Protective Order (ECF No. 67), it is hereby ORDERED as follows:

The hearing scheduled for August 20, 2015 on Plaintiff's Motion to Quash Defendants Subpoenas to Third Parties and Motion for Protective Order (ECF No. 64) is vacated without prejudice to rescheduling, if necessary, upon Plaintiff's request;[1] and

Defendant shall not attempt to enforce the non-party subpoenas to JPMorgan Chase & Co., "JPMorgan Mortgage Acceptance Corporation" and JPMorgan Securities, LLC or address the objections to those subpoenas until after a ruling is entered on Plaintiff's Motion for Leave to Amend the Complaint (ECF No. 56).

IT IS SO ORDERED.

Dated: July 30, 2015

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff no longer seeks to pursue its pending discovery motion after its pending motion for leave to amend its complaint has been resolved, it shall make a filing expressing its intent to withdraw the motion.  If plaintiff intends to continue with this motion after resolution of the motion to amend, then it shall contact the undersigned's courtroom deputy to schedule either a hearing date or an informal telephonic discovery conference before the undersigned.