PHILIP A. MCLEOD, CASB 101101
NATHAN JASKOWIAK, CASB 248007
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415)398-6000
Facsimile: (415)981-0136
-and-
GREGORY M. SUDBURY
*Admitted Pro Hac*
KODIE P. BENNION
*Admitted Pro Hac*
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 880-1878
Facsimile: (214) 871-2111
ATTORNEYS FOR PLAINTIFF
JPMORGAN CHASE BANK, N.A.


JONATHAN M. JENKINS, CASB 193011
LARA T. KAYAYAN, CASB 239384
JENKINS KAYAYAN LLP
444 S. Flower Street, Suite 1530
Los Angeles, CA 90071
Telephone: (310) 984-6800
Facsimile: (310-984-6840
ATTORNEYS FOR DEFENDANT
SIERRA PACIFIC MORTGAGE COMPANY, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC.,<br><br>Defendant. | No. 2:13-CV-01397-JAM-KJN<br><br>**The Hon. John A. Mendez**<br>**Robert T. Matsui Courthouse**<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO CONCLUDE DISCOVERY** |

After consideration of the Parties' Stipulation to Extend the Deadline to Conclude Discovery, it is hereby ORDERED as follows:

1

PROPOSED ORDER GRANTING STIPULATION– CASE NO. 2:13-CV-01397-JAM-KJN

The discovery deadline contained in the Third Amended Status (Pre-Trial Scheduling) Order (Dkt. No. 68) is extended until January 22, 2016; and

All discovery shall be completed by **January 22, 2016.** In this context, "completed" means that discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

IT IS SO ORDERED.

DATED: 12/11/2015

/s/ John A. Mendez  
United States District Court Judge

4839-0216-7340, v. 1-9228-5733, v. 1

2