PHILIP A. MCLEOD, CASB 101101
NATHAN JASKOWIAK, CASB 248007
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415)398-6000
Facsimile: (415)981-0136
-and-
GREGORY M. SUDBURY
*Admitted Pro Hac*
KODIE P. BENNION
*Admitted Pro Hac*
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 880-1878
Facsimile: (214) 871-2111
ATTORNEYS FOR PLAINTIFF
JPMORGAN CHASE BANK, N.A.

JONATHAN M. JENKINS, CASB 193011
LARA T. KAYAYAN, CASB 239384
JENKINS KAYAYAN LLP
444 S. Flower Street, Suite 1530
Los Angeles, CA 90071
Telephone: (310) 984-6800
Facsimile: (310-984-6840
ATTORNEYS FOR DEFENDANT
SIERRA PACIFIC MORTGAGE COMPANY, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>  Plaintiff,<br><br>  v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC.,<br><br>  Defendant. | No. 2:13-CV-01397-JAM-KJN<br><br>**The Hon. Kendall J. Newman**<br>**Robert T. Matsui Courthouse**<br><br>~~**PROPOSED**~~ **ORDER GRANTING REQUEST TO FILE UNDER SEAL** |

After consideration of the Plaintiff JPMorgan Chase Bank, N.A.'s Request to File Under Seal, it is hereby ORDERED as follows:

1

Exhibit "A-15" of Chase's Appendix of Evidence related to its Motion to Compel (ECF No. 94-1 at 200-29) is hereby sealed.

The Clerk of Court shall remove Exhibit "A-15" from the publically available Court Docket.

IT IS SO ORDERED.

Dated:  January 8, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE