1 | PHILIP A. MCLEOD, CASB 101101
NATHAN JASKOWIAK, CASB 248007
2 | KEESAL, YOUNG & LOGAN
450 Pacific Avenue
3 | San Francisco, California 94133
Telephone: (415)398-6000
4 | Facsimile: (415)981-0136
-and-
5 | GREGORY M. SUDBURY
*Admitted Pro Hac*
6 | KODIE P. BENNION
*Admitted Pro Hac*
7 | QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
8 | 2001 Bryan Street, Suite 1800
Dallas, Texas 75201
9 | Telephone: (214) 880-1878
Facsimile: (214) 871-2111
10 | ATTORNEYS FOR PLAINTIFF
JPMORGAN CHASE BANK, N.A.

11 |

12 | JONATHAN M. JENKINS, CASB 193011
LARA T. KAYAYAN, CASB 239384
13 | JENKINS KAYAYAN LLP
444 S. Flower Street, Suite 1750
14 | Los Angeles, CA 90071
Telephone: (310) 984-6800
15 | Facsimile: (310-984-6840
ATTORNEYS FOR DEFENDANT
16 | SIERRA PACIFIC MORTGAGE COMPANY, INC.

17 | UNITED STATES DISTRICT COURT

18 | EASTERN DISTRICT OF CALIFORNIA

19 |

20 | JPMORGAN CHASE BANK, N.A.,

21 | Plaintiff,

22 | v.

23 | SIERRA PACIFIC MORTGAGE
COMPANY, INC.,

24 |

25 | Defendant.

No.   2:13-CV-01397-JAM-KJN

**The Hon. John A. Mendez**
**Robert T. Matsui Courthouse**

**ORDER GRANTING AMENDED
STIPULATION TO EXTEND THE
DISCOVERY AND DISPOSITIVE
MOTIONS DEADLINE**

26 | After consideration of the Parties' Amended Stipulation to

27 | Extend the Discovery and Dispositive Motions Deadline, it is

28 | hereby ORDERED as follows:

1

The discovery deadline contained in the Order Granting Stipulation to Extend the Deadline to Conclude Discovery (Dkt. No. 89) is extended until February 22, 2016; and

All discovery shall be completed by **February 22, 2016.** In this context, "completed" means that discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with; and

The deadline to file dispositive motions contained in the Third Amended Status (Pre-trial Scheduling) Order (Dkt. No. 68) is extended until March 8, 2016; and

All dispositive motions shall be filed by **March 8, 2016.** Hearings on such motions shall be on **April 5, 2016 at 1:30 p.m.**

IT IS SO ORDERED.

DATED: January 19, 2016

/s/ John A. Mendez_____
United States District Court Judge