Jonathan M. Jenkins (State Bar No. 193011)
jjenkins@jklitigators.com
Lara T. Kayayan (State Bar No. 239384)
lkayayan@jklitigators.com
Tuyet Tran (State Bar No. 245699)
ttran@jklitigators.com
Navdeep Singh (State Bar No. 284486)
nsingh@jklitigators.com
JENKINS KAYAYAN LLP
444 S. Flower Street, Suite 1750
Los Angeles, California 90071
Telephone: (310) 984-6800
Fax: (310) 984-6840
Counsel for Defendant
SIERRA PACIFIC MORTGAGE
COMPANY, INC.

Philip A. McLeod (State Bar No. 101101)
Nathan Jaskowiak (State Bar No. 248007)
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
-and-
Gregory M. Sudbury
*Admitted Pro Hac*
Kodie P. Bennion
*Admitted Pro Hac*
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 880-1878
Facsimile: (214) 871-2111
Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., | No. 2:13-CV-01397-JAM-KJN<br><br>**The Hon. John Mendez**<br>**Robert T. Matsui Courthouse**<br><br>**AMENDED ORDER GRANTING STIPULATION FOR BRIEF EXTENSION OF DEADLINE TO CONCLUDE DISCOVERY** |

1

Defendant.

After consideration of the Parties' Stipulation to Extend the Deadline to Conclude Discovery, it is hereby ORDERED as follows:

The discovery deadline contained in the Order Granting Amended Stipulation to Extend the Discovery and Dispositive Motions Deadline (Dkt. No. 106) is extended until March 1, 2016; and all discovery shall be completed by **March 1, 2016.** In this context, "completed" means that discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

IT IS SO ORDERED.

DATED: February 4, 2016

/s/ John A. Mendez
United States District Court Judge