```
PHILIP A. MCLEOD, CASB 101101
NATHAN JASKOWIAK, CASB 248007
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415)398-6000
Facsimile: (415)981-0136
-and-
GREGORY M. SUDBURY
Admitted Pro Hac
KODIE P. BENNION
Admitted Pro Hac
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 880-1878
Facsimile: (214) 871-2111
ATTORNEYS FOR PLAINTIFF
JPMORGAN CHASE BANK, N.A.


JONATHAN M. JENKINS, CASB 193011
LARA T. KAYAYAN, CASB 239384
JENKINS KAYAYAN LLP
444 S. Flower Street, Suite 1530
Los Angeles, CA 90071
Telephone: (310) 984-6800
Facsimile: (310-984-6840
ATTORNEYS FOR DEFENDANT
SIERRA PACIFIC MORTGAGE COMPANY, INC.
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SIERRA PACIFIC MORTGAGE COMPANY, INC., <br><br> Defendant. | No. 2:13-CV-01397-JAM-KJN <br><br> **The Hon. John A. Mendez** <br> **Robert T. Matsui Courthouse** <br><br> **ORDER GRANTING REQUEST TO SEAL DOCUMENTS – CONFIDENTIAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

After consideration of the Plaintiff JPMorgan Chase Bank, N.A.'s ("JPMC") Request to Seal Documents-Confidential Documents

1

in Support of Plaintiff's Motion for Summary Judgment, the Court finds there are compelling reasons to seal the documents on Chase's List of Exhibits identified as "Sealed" including the documents as follows:

Exhibit A-14
Exhibit A-18
Exhibit A-22
Exhibit A-25
Exhibit A-29
Exhibit A-32
Exhibit A-35
Exhibit A-38
Exhibit A-42
Exhibit B-5
Exhibit B-11
Exhibit B-13
Exhibit B-14
Exhibit B-16
Exhibit B-17
Exhibit B-19
Exhibit B-20
Exhibit B-21
Exhibit B-24
Exhibit B-25
Exhibit B-27
Exhibit B-28
Exhibit B-29

```
Exhibit B-30
Exhibit B-36
Exhibit B-38
Exhibit B-39
Exhibit B-40
Exhibit B-43
Exhibit B-45
Exhibit B-46
Exhibit B-48
Exhibit B-51
Exhibit B-53
Exhibit B-54
Exhibit B-57
Exhibit B-58
Exhibit B-60
Exhibit B-63
Exhibit B-64
Exhibit B-65
Exhibit B-71
Exhibit B-72
Exhibit B-73
Exhibit B-74
Exhibit B-75
Exhibit B-76
Exhibit B-77
Exhibit B-78
```

(hereinafter the "Sealed Documents").

The factual and legal basis for this ruling includes the following: (a) the Sealed Documents are private financial documents of non-party borrowers that are prohibited from disclosure by the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801 *et seq.*; (b) it is the policy of Congress as reflected by the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801 *et seq.* to protect the security and confidentiality of the private financial information of the non-party borrowers; (c) countervailing interests in protecting the Sealed Documents outweighs the public's interest in access, and there is a significant interest in protecting the Sealed Documents to help prevent the potential misuse of the Sealed Documents;(c) compliance with Fed. R. Civ. P. 5.2 alone is not sufficient to protect the totality of the nonpublic personal financial information of the non-party borrowers whose identity can be determined from publicly available documents, including deeds of trust; (d) if the Sealed Documents were filed publicly, they might become a vehicle for improper purposes such as identity theft; and (e) it is the only effective mechanism to protect the nonpublic personal information of the non-party borrowers and prevent the Court's file from becoming a vehicle for improper purposes.

The Sealed Documents are permanently sealed.

IT IS SO ORDERED.

1 | DATED: _March 8_, 2016

JOHN A. MENDEZ
United States District Court Judge

4828-5220-5614, v. 1