Jonathan M. Jenkins (State Bar No. 193011)
 jjenkins@jklitigators.com
Lara T. Kayayan (State Bar No. 239384)
 lkayayan@jklitigators.com
 Tuyet Tran (State Bar No. 245699)
 ttran@jklitigators.com
Navdeep Singh (State Bar No. 284486)
 nsingh@jklitigators.com
JENKINS KAYAYAN LLP
444 S. Flower Street, Suite 1530
Los Angeles, California 90071
Telephone: (310) 984-6800
Fax: (310) 984-6840

Counsel for Defendant
Sierra Pacific Mortgage Company, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a National Banking Association,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC.,<br><br>Defendant. | Case No. 2:13-cv-01397-JAM-KJN<br><br>The Hon. John A. Mendez<br>Robert T. Matsui Courthouse<br><br>**ORDER GRANTING DEFENDANT SIERRA PACIFIC MORTGAGE COMPANY, INC.'S REQUEST TO SEAL CONFIDENTIAL DOCUMENTS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF JPMORGAN CHASE BANK, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT.**<br><br>Date:  April 05, 2016<br>Time: 1:30 PM<br>Courtroom: 6, 14th Floor<br><br>Action Filed: July 12, 2013 |

Having considered Defendant Sierra Pacific Mortgage Company, Inc.'s ("Sierra") Request to Seal Confidential Documents in Support of Defendant's Opposition to Plaintiff JPMorgan Chase Bank, N.A.'s Motion for Partial Summary Judgment, the Court finds that there are compelling reasons to seal the following documents identified as "Submitted Under Seal" in Sierra's Appendix of Evidence [Dkt. No. 137-2] (hereinafter the "Sealed Documents"):

| | |
|---|---|
| G | November 12, 2015 – Deposition of Robert Kenneley (**Submitted Under Seal**) |
| X | February 23, 2012 – Demand Letter to Sierra Pacific (**Submitted Under Seal**) |
| Y | November 14, 2012 – Demand Letter to Sierra Pacific (**Submitted Under Seal**) |
| Z | July 6, 2012 – Demand Letter to Sierra Pacific (**Submitted Under Seal**) |
| AA | February 23, 2012 – Demand Letter to Sierra Pacific (**Submitted Under Seal**) |
| DD | December 11, 2015 – Deposition Excerpts re William Zachary Addison (**Submitted Under Seal**) |

The factual and legal basis for this ruling includes the following: (a) the Sealed Documents are confidential and private financial documents of non-party borrowers that are prohibited from disclosure by the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801 *et seq.*; (b) it is the policy of Congress as reflected by the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801 *et seq.* to protect the security and confidentiality of the private financial information of the non-party borrowers; (c) countervailing interests in protecting the Sealed Documents outweigh the public's interest in access to the Sealed Documents, and there is a significant interest in protecting the Sealed Documents to help prevent the potential misuse of the Sealed Documents; (d) compliance with Fed. R. Civ. P. 5.2 alone is not sufficient to safeguard the totality of the non-public personal financial information of the non-party borrowers, whose identity can be determined from

publicly available documents; (e) if the Sealed Documents were filed publicly, they might become a vehicle for improper purposes such as identity theft; and (f) it is the only effective mechanism to protect the non-public personal information of the non-party borrowers and prevent the Court's file from becoming a vehicle for improper purposes.

      The Sealed Documents are permanently sealed.

IT IS SO ORDERED.

DATED: 3/24/2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge