PHILIP A. MCLEOD, CASB 101101
NATHAN JASKOWIAK, CASB 248007
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415)398-6000
Facsimile: (415)981-0136
-and-
GREGORY M. SUDBURY
*Admitted Pro Hac*
KODIE P. BENNION
*Admitted Pro Hac*
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 880-1878
Facsimile: (214) 871-2111
ATTORNEYS FOR PLAINTIFF
JPMORGAN CHASE BANK, N.A.


JONATHAN M. JENKINS, CASB 193011
LARA T. KAYAYAN, CASB 239384
JENKINS KAYAYAN LLP
444 S. Flower Street, Suite 1750
Los Angeles, CA 90071
Telephone: (310) 984-6800
Facsimile: (310-984-6840
ATTORNEYS FOR DEFENDANT
SIERRA PACIFIC MORTGAGE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>      Plaintiff,<br><br>  v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC.,<br><br>      Defendant. | No.  2:13-CV-01397-JAM-KJN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered Plaintiff JPMorgan Chase Bank, N.A. (JPMC or Plaintiff) and Defendant Sierra Pacific Mortgage Company, Inc.'s (Sierra or Defendant) Joint Stipulation of Dismissal with Prejudice, hereby grants same.

It is therefore ORDERED that all claims which were asserted between Plaintiff and Defendant related to the Loans identified as 1 through 4, 6, 7, and 9 through 14 in Exhibit B to the Complaint (Dkt No. 1) in this civil action are hereby dismissed with prejudice.  Because the Loans identified as 5, 8, 15, 16 and 18 in Exhibit B to the Complaint were previously dismissed with prejudice and the Loan identified as 17 in Exhibit B of the Complaint was previously dismissed without prejudice (Dkt No. 77), this stipulation dismisses all remaining claims pending in this civil action.

All relief not granted herein is denied, such that this Order of Dismissal with Prejudice fully resolves all claims by the parties in this civil action and constitutes final judgment.

SO ORDERED.

SIGNED this the 6th day of May, 2016.

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

4813-2693-6369, v.  2